IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JAMES XUEYUAN ZHU and ANGELA S. CHIOU,** | § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. **3:22-CV-239-L-BH** |
| | § | |
| **UBS FINANCIAL SERVICES and UBS SECURITIES LLC,** | § § § § | |
| Defendants. | § | |

# JUDGMENT

The court issues this judgment pursuant to its order of October 27, 2022. It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiffs James Xueyuan Zhu and Angela S. Chiou ("Plaintiffs") against Defendants UBS Financial Services and UBS Securities, LLC ("Defendants") is **dismissed without prejudice** for lack of personal jurisdiction; and that all allowable and reasonable costs are taxed against Plaintiffs.

**Signed** this 27th day of October, 2022.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**