IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JAMES XUEYUAN ZHU and** § | | |
| **ANGELA S. CHIOU,** § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. **3:22-CV-239-L-BH** | |
| § | | |
| **UBS FINANCIAL SERVICES and** § | | |
| **UBS SECURITIES LLC,** § | | |
| § | | |
| Defendants. § | | |

### ORDER

On December 1, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 27) was entered, recommending that the court deny Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Motion") (Doc. 26), filed November 30, 2022, which was liberally construed as a request for leave to proceed *in forma pauperis* on appeal. No objections to the Report were filed.

Having considered the Motion, the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court; however, as Plaintiffs' appeal was subsequently dismissed without prejudice for want of jurisdiction, the court determines that Plaintiffs' Motion and request to proceed *in forma pauperis* on appeal should be and is hereby **denied as moot** and **directs** the clerk of the court to terminate Plaintiffs' Motion (Doc. 26) and the magistrate judge's Report (Doc. 27).

**It is so ordered** this 3rd day of March, 2023.

Sam A. Lindsay
United States District Judge

Order – Page 1